# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Tallman, Richard C | 2. Court or Organization<br><br>U.S. Court of Appeals 9th Cir. | 3. Date of Report<br><br>8/8/2005 |
| --- | --- | --- |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active U.S. Circuit Judge | 5. Report Type (check appropriate type)<br><br>● Nomination, Date<br>● Initial ● Annual ● Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>1200 Sixth Avenue<br>Park Place Bldg. 21st Fl.<br>Seattle, WA 98101-3123 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Executive Board Member | Chief Seattle Council, Boy Scouts of America |
| 2. Member | Northwestern University School of Law Board |
| 3. Board of Directors | Federal Judges Association |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

■ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |

RECEIVED 2005 AUG -9 A 11:00 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | City of Seattle Police Department | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS - transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | University of California, Davis | April 17, 2004, Davis, CA, Neumiller Moot Court Competition (Transportation, Meals & Room) |
| 2. | Federal Judges Association | May 15-17, 2004, Annual Board of Dir. Mtg. (Transportation, Lodging, Meals) |
| 3. | Santa Clara Law School | Feb. 5, 2004, KeyNote Speaker , Copyright Symposium (Lodging, Meals) |
| 4. | American Intellectual Property Law Association | Jan. 29-31, 2004 Mid-Winter Institute (Transportation, Lodging, Meals) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tallman, Richard C | 8/8/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Procyte Corp. common stock (X) | | None | J | T | | | | | |
| 2. City of Sea. Def. Comp. Plan Fidelity Invest. Mut Funds (X) | | None | M | T | | | | | |
| 3. _ Contrafund | | | | | | | | | |
| 4. _ Low Pr Stk converted to Hotchkis & Wiley Sm-Cap Fund 6/30 | | | | | | | | | |
| 5. _ Magellan converted to Vanguard Inst'l Index Fund 7/01 | | | | | | | | | |
| 6. Washington State Law Enf. Off. Retirement Plan (X) | | None | M | U | | | | | |
| 7. Union Bank of California, Sea. checking & savings accts (X) | A | Interest | J | T | | | | | |
| 8. Seattle City Credit Union checking and savings accounts (X) | A | Interest | J | T | | | | | |
| 9. Washington Mutual Bank, Sea., checking & savings accts (X) | A | Interest | K | T | | | | | |
| 10. Individual IRA A.I.M. Mutual Funds | | Dividend | N | T | | | | | |
| 11. _ AIM Constellation Cl C | | | | | Sell | 5/26 | M | A | |
| 12. _ AIM Charter Cl C | | | | | Sell | 5/26 | L | A | |
| 13. _ AIM Blue Chip Cl C | | | | | Sell | 5/26 | K | A | |
| 14. _ AIM Basic Value Cl C | | | | | Sell | 5/26 | M | B | |
| 15. _ AIM Premier Equity Cl C | | | | | Sell | 5/26 | L | A | |
| 16. Microsoft Corp. common stock | A | Dividend | J | T | Sell | 6/01 | J | A | |
| 17. Amazon.com common stock | | None | J | T | Sell | 6/01 | J | C | |
| 18. Haliburton common stock | A | Dividend | J | T | Sell | 6/01 | J | B | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less
B = $1,001-$2,500
C = $2,501-$5,000
D = $5,001-$15,000
E = $15,001-$50,000
F = $50,001-$100,000
G = $100,001-$1,000,000
H1 = $1,000,001-$5,000,000
H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less
K = $15,001-$50,000
L = $50,001-$100,000
M = $100,001-$250,000
N = $250,000-$500,000
O = $500,001-$1,000,000
P1 = $1,000,001-$5,000,000
P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000
P4 = More than $50,000,000

3. Value Method Codes: (See Column C2)
Q = Appraisal
R = Cost (Real Estate Only)
S = Assessment
T = Cash/Market
U = Book Value
V = Other
W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Tallman, Richard C | 8/8/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. GE common stock | A | Dividend | J | T | Sell | 6/01 | J | A | |
| 20. Brokerage firm Margin Account | A | Interest | J | T | | | | | |
| 21. Cisco Common Stock | | None | J | T | Sell | 6/01 | J | A | |
| 22. Onyx Software Common Stock (X) | | None | J | T | Sell | 6/04 | J | A | |
| 23. Alexander Managed Brokerage Account: | | | | | Buy | 6/4 | M | | |
| 24. - American Power Conversion Corp | A | Dividend | J | T | Buy | 6/4 | J | | |
| 25. - American Power Conversion Corp | A | Dividend | J | T | Partial Sell | 8/27 | J | A | |
| 26. - Applera Corp.-APPL (ABI) Biosystems Group | A | Dividend | J | T | Buy | 6/4 | J | | |
| 27. - Applera Corp.-APPL (ABI) Biosystems Group | A | Dividend | J | T | Buy | 10/8 | J | | |
| 28. - BP PLC ADS (BP) | A | Dividend | J | T | Buy | 6/4 | J | | |
| 29. - BP PLC ADS (BP) | A | Dividend | J | T | Partial Sell | 9/23 | J | A | |
| 30. - Bausch & Lomb Inc. | A | Dividend | J | T | Buy | 6/4 | J | | |
| 31. - Bausch & Lomb Inc. | A | Dividend | J | T | Sell | 11/18 | J | A | |
| 32. - Baxter International Inc. | A | Dividend | J | T | Buy | 6/7 | J | | |
| 33. - CVS Corporation | A | Dividend | J | T | Buy | 6/4 | J | | |
| 34. - Cisco Systems Inc. | A | Dividend | J | T | Buy | 6/4 | J | | |
| 35. - Citigroup Inc. | A | Dividend | J | T | Buy | 6/4 | J | | |
| 36. - Costco Wholesale Corp. | A | Dividend | J | T | Buy | 6/4 | J | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Tallman, Richard C | 8/8/2005 |

## VII. INVESTMENTS and TRUSTS   -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt fr  prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting  eriod | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type  (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. - Flextronics Intl Ltd. | A | Dividend | J | T | Buy | 6/4 | J | | |
| 38. - General Electric Co. | A | Dividend | J | T | Buy | 6/4 | J | | |
| 39. - Halliburton Co. | A | Dividend | J | T | Buy | 6/4 | J | | |
| 40. - Halliburton Co. | A | Dividend | J | T | Partial Sell | 9/23 | J | A | |
| 41. - Hewlett-Packard Co. | A | Dividend | J | T | Buy | 6/4 | J | | |
| 42. - Honeywell International | A | Dividend | J | T | Buy | 6/4 | J | | |
| 43. - Intel Corp. | A | Dividend | J | T | Buy | 10/15 | J | | |
| 44. - JP Morgan Chase & Co. | A | Dividend | J | T | Buy | 6/4 | J | | |
| 45. - Lehman Brothers Holdings | A | Dividend | J | T | Buy | 6/4 | J | | |
| 46. - Molex Inc. | A | Dividend | J | T | Buy | 6/10 | | | |
| 47. - Molex Inc. | A | Dividend | J | T | Buy | 10/8 | J | | |
| 48. - Monsanto Company | A | Dividend | J | T | Buy | 6/4 | J | | |
| 49. - Monsanto Company | A | Dividend | J | T | Partial Sell | 9/23 | J | A | |
| 50. - Monsanto Company | A | Dividend | J | T | Partial Sell | 10/14 | J | A | |
| 51. - Mylan Labs Inc. | A | Dividend | | T | Buy | 6/4 | J | | |
| 52. - Mylan Labs Inc. | A | Dividend | J | T | Partial Sell | 7/1 | J | A | |
| 53. - Mylan Labs Inc. | A | Dividend | J | T | Sell | 8/27 | J | A | |
| 54. - Northrop Grumman Corp. | A | Dividend | J | T | Buy | 8/27 | J | | |

1. Income/Gain Codes:  A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000

2. Value Codes:  J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = More than $50,000,000

3. Value Method Codes  Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   (See Column C2)  U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Tallman, Richard C | 8/8/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. - Northrop Grumman Corp. | A | Dividend | J | T | Buy | 10/20 | J | | |
| 56. - Office Depot Inc. | A | Dividend | J | T | Buy | 9/23 | J | | |
| 57. - Office Depot Inc. | A | Dividend | J | T | Buy | 10/20 | J | | |
| 58. - Outback Steakhouse Inc. | A | Dividend | | T | Buy | 6/4 | J | | |
| 59. - Outback Steakhouse Inc. | A | Dividend | J | T | Sell | 10/8 | J | A | |
| 60. - Pall Corp. | A | Dividend | J | T | Buy | 8/31 | J | | |
| 61. - Pall Corp. | A | Dividend | J | T | Buy | 11/18 | J | | |
| 62. - Pfizer Inc. | A | Dividend | J | T | Buy | 6/4 | J | | |
| 63. - Pfizer Inc. | A | Distribution | J | T | Sell | 10/8 | J | A | |
| 64. - Quest Diagnostics Inc. | A | Dividend | J | T | Buy | 6/4 | J | | |
| 65. - Quest Diagnostics Inc. | A | Dividend | J | T | Partial Sell | 10/19 | J | A | |
| 66. - Radioshack Corp. | A | Dividend | J | T | Buy | 6/4 | J | | |
| 67. - SBC Communications Inc. | A | Dividend | J | T | Buy | 6/4 | J | | |
| 68. - Scudder Govt Money Market | B | Interest | J | T | | | | | |
| 69. - Symbol Technologies Inc. | A | Dividend | J | T | Buy | 6/4 | J | | |
| 70. - Synopsys Inc. | A | Dividend | J | T | Buy | 6/4 | J | | |
| 71. - Synopsys Inc. | A | Dividend | J | T | Sell | 8/23 | J | A | |
| 72. - Texas Instruments Inc. | A | Dividend | J | T | Buy | 6/4 | J | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000

3. Value Method Codes: (See Column C2)
Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Tallman, Richard C | 8/8/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. - Texas Instruments Inc. | A | Dividend | J | T | Buy | 10/8 | J | | |
| 74. - Time Warner Inc. | A | Dividend | J | T | Buy | 6/4 | J | | |
| 75. - United Technologies | A | Dividend | J | T | Buy | 6/4 | J | | |
| 76. - Waters Corp. | A | Dividend | J | T | Buy | 10/8 | J | | |
| 77. - Waters Corp. | A | Dividend | J | T | Buy | 7/2 | J | | |
| 78. - Whirlpool Corp. | A | Dividend | J | T | Buy | 6/4 | J | | |
| 79. - Xilinx Inc. | A | Dividend | J | T | Buy | 6/4 | J | | |
| 80. - Xilinx Inc. | A | Dividend | J | T | Buy | 12/19 | J | | |
| 81. Alta Managed Brokerage Account: | | | | | Buy | 5/26 | M | | |
| 82. - Ace Ltd. | A | Dividend | J | T | Buy | 6/4 | J | | |
| 83. -Alberto-Culver Co. | A | Dividend | J | T | Buy | 6/4 | J | | |
| 84. - Alliant Techsystems Inc. | A | Dividend | J | T | Buy | 6/4 | J | | |
| 85. - American Standard Cos. | A | Dividend | J | T | Buy | 6/4 | J | | |
| 86. - BP PLC ADS | A | Dividend | J | T | Buy | 10/20 | J | | |
| 87. - Berkshire Hathaway Inc. | A | Dividend | J | T | Buy | 6/4 | J | | |
| 88. - Cendant Corp. | A | Dividend | J | T | Buy | 6/4 | J | | |
| 89. - Cisco Systems Inc. | A | Dividend | J | T | Buy | 6/4 | J | | |
| 90. - Cisco Systems Inc. | A | Dividend | J | T | Sell | 12/22 | J | A | |

1. Income/Gain Codes: (See Columns B1 and D4)
   A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
   J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)
   Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Tallman, Richard C | 8/8/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. - Comcast Corp. | A | Dividend | J | T | Buy | 6/4 | J | | |
| 92. - Conoco Phillips | A | Dividend | J | T | Buy | 6/4 | J | | |
| 93. - Costco Wholesale Corp. | A | Dividend | J | T | Buy | 6/4 | J | | |
| 94. - Costco Wholesale Corp. | A | Dividend | J | T | Partial Sell | 6/16 | J | A | |
| 95. - Costco Wholesale Corp. | A | Distribution | J | T | Partial Sell | 10/14 | J | A | |
| 96. - Devon Energy Corp. | A | Dividend | A | T | Buy | 10/4 | J | | |
| 97. - Estee Lauder Co. Inc. | A | Dividend | J | T | Buy | 6/4 | J | | |
| 98. - Fair Issaac Inc. | A | Dividend | J | T | Buy | 6/4 | J | | |
| 99. - First Data Corp. | A | Dividend | J | T | Buy | 6/4 | J | | |
| 100. - Fortune Brands Inc. | A | Dividend | J | T | Buy | 6/4 | J | | |
| 101. - Fortune Brands Inc. | A | Dividend | J | T | Buy | 6/23 | J | | |
| 102. - General Electric Co. | A | Dividend | J | T | Buy | 6/4 | J | | |
| 103. - Gtech Holdings Corp. | A | Dividend | J | T | Buy | 11/3 | J | | |
| 104. - Health Management Assoc. | A | Dividend | J | T | Buy | 6/4 | J | | |
| 105. - Home Depot Inc. | A | Dividend | J | T | Buy | 6/4 | J | | |
| 106. - Intuit | A | Dividend | J | T | Buy | 6/4 | J | | |
| 107. - Johnson & Johnson | A | Dividend | J | T | Buy | 6/4 | J | | |
| 108. - Liberty Media Corp. | A | Dividend | J | S | Buy | 6/4 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. - Liberty Media Corp. | A | Dividend | J | T | Sell | 6/25 | J | A | |
| 110. - Lincare Holdings Inc. | A | Dividend | J | S | Buy | 6/4 | J | | |
| 111. - Lincare Holdings Inc. | A | Dividend | J | T | Sell | 7/27 | J | A | |
| 112. - Marsh & McLennan Cos. Inc. | A | Dividend | J | T | Buy | 6/4 | J | | |
| 113. - Marsh & McLennan Cos. Inc. | A | Dividend | J | T | Sell | 10/14 | J | A | |
| 114. - Medtronic Inc. | A | Dividend | J | T | Buy | 6/4 | J | | |
| 115. - Microsoft Corp. | A | Dividend | J | T | Buy | 6/4 | J | | |
| 116. - Patina Oil & Gas | A | Dividend | J | T | Buy | 7/29 | J | | |
| 117. - Pepsico Inc. | A | Dividend | J | T | Buy | 6/4 | J | | |
| 118. - Pfizer Inc. | A | Dividend | J | T | Buy | 6/4 | J | | |
| 119. - Polaris Industries Inc. | A | Dividend | J | T | Buy | 6/4 | J | | |
| 120. - Polaris Industries Inc. | A | Dividend | J | T | Sell | 9/24 | J | B | |
| 121. - Rent-A-Center Inc. | A | Dividend | J | T | Buy | 6/4 | J | | |
| 122. - Rent-A-Center Inc. | A | Dividend | J | T | Sell | 11/3 | J | A | |
| 123. - Scudder Govt. Money Market | A | Interest | J | T | | | | | |
| 124. - Symantec Corp. | A | Dividend | J | T | Buy | 12/23 | J | | |
| 125. - Sysco Corp. | A | Dividend | J | T | Buy | 9/3 | J | | |
| 126. - Total S.A. | A | Dividend | J | T | Buy | 6/28 | J | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
    (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$350,000
    (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
    P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
    (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Tallman, Richard C | 8/8/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior dis losure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merges, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. - Triad Hospitals Inc. | A | Dividend | J | T | Buy | 6/4 | J | | |
| 128. - United Technologies Corp. | A | Dividend | J | T | Buy | 6/4 | J | | |
| 129. - Viacom Inc. | A | Dividend | J | T | Buy | 6/4 | J | | |
| 130. - Viacom Inc. | A | Dividend | J | T | Partial Sell | 12/6 | J | A | |
| 131. - Walgreen Company | A | Dividend | J | T | Buy | 6/4 | J | | |
| 132. - Washington Mutual Inc. | A | Dividend | J | T | Buy | 6/4 | J | | |
| 133. - Washington Mutual Inc. | | Dividend | J | T | Sell | 9/1 | J | A | |
| 134. - Wells Fargo & Company | A | Dividend | J | T | Buy | 6/4 | J | | |
| 135. - Yum Brands Inc. | A | Dividend | J | T | Buy | 6/4 | J | | |

1. Income/Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15.001-$50.000
(See Columns B1 and D4)      F = $50.001-$100,000      G = $100.001-$1,000,000      H1 = $1,000.001-$5,000,000      H2 = More than $5,000,000

2. Value Codes:      J = $15.000 or less      K = $15,001-$50,000      L = $50.001-$100,000      M = $100,001-$250,000
(See Columns C1 and D3)      N = $250,000-$500,000      O = $500,001-$1,000,000      P1 = $1,000,001-$5,000,000      P2 = $5,000.001-$25,000,000
      P3 = $25,000,001-$50,000,000      P4 = $More than $50,000,000

3. Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T = Cash/Market
(See Column C2)      U = Book Value      V = Other      W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signat                                                              Date _____ 8/8/2005 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544